**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Reddline Energy, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1809349** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3323 N. Midland Dr. Ste 113, #215 Midland, TX 79707** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Gaines** | **Location of principal assets, if different from principal place of business** |
| | | County | **Oil and Gas Leases in Gaines County, Texas (Tercera Vez Field)** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor  **Reddline Energy, Inc.**_____  Case number (*if known*)_____

Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |
|---|---|---|

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? List all cases. If more than 1, attach a separate list | ■ No ☐ Yes. |
|---|---|---|

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Reddline Energy, Inc.**
Name                                                                    Case number (*if known*)

| Debtor | **Reddline Energy, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Reddline Energy, Inc.**
Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 18, 2020**
          MM / DD / YYYY

**X** **/s/ Alan M. Davis**                                 **Alan M. Davis**
Signature of authorized representative of debtor             Printed name

Title _____

**18. Signature of attorney**

**X** **/s/ Todd J. Johnston**                  Date **December 18, 2020**
Signature of attorney for debtor                       MM / DD / YYYY

**Todd J. Johnston 24050837**
Printed name

**McWhorter, Cobb & Johnson, LLP**
Firm name

**P.O. Box 2547**
**Lubbock, TX 79408**
Number, Street, City, State & ZIP Code

Contact phone   **806/762-0214**      Email address   **tjohnston@mcjllp.com**

**24050837 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Reddline Energy, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 18, 2020**     X /s/ Alan M. Davis
_____
Signature of individual signing on behalf of debtor

**Alan M. Davis**
_____
Printed name

_____
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Reddline Energy, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | ☐ Check if this is an amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AA Operating Services, LLC PO Box 723 Seminole, TX 79360** | | | | | | $5,165.00 |
| **AMEX Business Gold Card P.O. Box 981535 El Paso, TX 79998** | | credit card charges | | | | $16,194.00 |
| **Ascentium Capital, LLC 23970 Highway 59 N Kingwood, TX 77339** | | Electrical Submersible Pump (pump assembly, surface control panel, power cable and transformer) | | $167,970.00 | $30,000.00 | $137,970.00 |
| **Basic Energy Services 801 Cherry Street, Suite 2100 Fort Worth, TX 76102** | | | | | | $68,162.00 |
| **Capitan Corp PO Box 60018 Midland, TX 79711** | | | | | | $10,539.00 |
| **Chase Business Card P.O. Box 15298 Wilmington, DE 19850** | | credit card charges | | | | $18,915.00 |
| **Expanse Electrical Co., LLC d/b/a Dixie Electric 1191 Texas Hwy 83 Denver City, TX 79323** | | | | | | $10,141.00 |
| **Flying A PO Box 2123 Albany, TX 76430** | | | | | | $1,868.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Reddline Energy, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Gravity Oilfield Services, LLC 3300 N. A Street Building 4, Suite 100 Midland, TX 79705** | | | | | | **$7,275.00** |
| **M&S Backhoe and Services PO Box 1221 Seminole, TX 79360** | | | | | | **$2,864.00** |
| **M2 Energy Services 1548 State Hwy 214 Denver City, TX 79323** | | | | | | **$3,200.00** |
| **Patriot PO Box 13660 Odessa, TX 79706-2604** | | | | | | **$27,535.00** |
| **Pawnee Leasing Corp 3801 Automation Way Suite 207 Fort Collins, CO 80525** | | **Electrical Submersible Pump (pump assembly only)** | | **$65,007.00** | **$20,000.00** | **$45,007.00** |
| **Tech Management PO Box 51168 Midland, TX 79710** | | | | | | **$9,437.00** |
| **Valiant Artificial Lift Solutions, LLC 211 N Robinson Ave, Suite 1301 Oklahoma City, OK 73102** | | | | | | **$248,193.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Reddline Energy, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................  $   **2,281,293.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................  $   **71,679.20**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................  $   **2,352,972.20**

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $   **232,977.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $   **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$   **429,488.00**

4.   **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b                                                              $   **662,465.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name     **Reddline Energy, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Frost Bank**<br>**508 W Wall St., Suite 100**<br>**Midland, Texas** | **Checking Acct** | 5739 | $5,479.20 |

4. **Other cash equivalents** *(Identify all)*

| 5. | **Total of Part 1.** | $5,479.20 |
|---|---|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 4,500.00 | - | 0.00 | = .... | $4,500.00 |
| | | face amount | | doubtful or uncollectible accounts | | |

Debtor **Reddline Energy, Inc.**                                    Case number *(If known)* _____
　　　　　Name

| 12. | **Total of Part 3.** | | **$4,500.00** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**　Investments

13. **Does the debtor own any investments?**

　　■ No.  Go to Part 5.
　　☐ Yes Fill in the information below.

**Part 5:**　Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

　　☐ No.  Go to Part 6.
　　■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Oil Inventory** | | $0.00 | | $10,500.00 |

| 23. | **Total of Part 5.** | | **$10,500.00** |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
　　■ No
　　☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　■ No
　　☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　■ No
　　☐ Yes

**Part 6:**　Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

　　■ No.  Go to Part 7.
　　☐ Yes Fill in the information below.

**Part 7:**　Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

　　☐ No.  Go to Part 8.
　　■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Reddline Energy, Inc.**        Case number *(If known)* _____
_____
Name

39.    **Office furniture**

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
     **Computer and Related Equipment**      $1,200.00    N/A        $1,200.00

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.        $1,200.00

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|     **Electrical Submersible Pump (pump assembly, surface control panel, power cable and transformer)** | $0.00 | N/A | $30,000.00 |
|     **Electrical Submersible Pump (pump assembly only)** | $0.00 | N/A | $20,000.00 |

51.    **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.        $50,000.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Reddline Energy, Inc.**         Case number *(If known)* _____
Name

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Page-Gibson #1, Page-Black #1 and Page -Petty SWD wells and leases in Gaines County, TX** | Mineral Interest | $0.00 | Appraisal | $2,281,293.00 |

56. **Total of Part 9.** | | | | **$2,281,293.00** |

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | | |
| 61. **Internet domain names and websites** | | | | |
| 62. **Licenses, franchises, and royalties**<br>**P-5 for Reddline Energy, Inc with the Texas Raiload Commission of Texas** | | **Unknown** | | **Unknown** |
| **P-4 Operator Licenses with the Texas Railroad Commission for the Lease #s 64988, 65766 & 68730** | | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Reddline Energy, Inc.**                                    Case number *(If known)* _____
          Name

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                             |  **$0.00**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **Reddline Energy, Inc.**
_____
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,479.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................> | | $2,281,293.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $71,679.20 | + 91b. $2,281,293.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,352,972.20 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name __**Reddline Energy, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

---

**Official Form 206D**

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1**  **Ascentium Capital, LLC**<br>Creditor's Name<br><br>**23970 Highway 59 N<br>Kingwood, TX 77339**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 2973**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Electrical Submersible Pump (pump assembly, surface control panel, power cable and transformer)**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $167,970.00 | $30,000.00 |
| **2.2**  **Pawnee Leasing Corp**<br>Creditor's Name<br>**3801 Automation Way<br>Suite 207<br>Fort Collins, CO 80525**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 5739**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Electrical Submersible Pump (pump assembly only)**<br><br>Describe the lien<br>**Security Interest**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $65,007.00 | $20,000.00 |

---

Debtor   **Reddline Energy, Inc.**      Case number (if known) _____
_____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$232,977.00** |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Reddline Energy, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**AA Operating Services, LLC**<br>**PO Box 723**<br>**Seminole, TX 79360**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $5,165.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**AMEX Business Gold Card**<br>**P.O. Box 981535**<br>**El Paso, TX 79998**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   credit card charges<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $16,194.00 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Basic Energy Services**<br>**801 Cherry Street, Suite 2100**<br>**Fort Worth, TX 76102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $68,162.00 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Capitan Corp**<br>**PO Box 60018**<br>**Midland, TX 79711**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $10,539.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     35216     Best Case Bankruptcy

| Debtor | **Reddline Energy, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,915.00** |
|---|---|---|---|
| | **Chase Business Card**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **credit card charges** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,141.00** |
|---|---|---|---|
| | **Expanse Electrical Co., LLC d/b/a**<br>**Dixie Electric**<br>**1191 Texas Hwy 83**<br>**Denver City, TX 79323** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0898** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,868.00** |
|---|---|---|---|
| | **Flying A**<br>**PO Box 2123**<br>**Albany, TX 76430** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,275.00** |
|---|---|---|---|
| | **Gravity Oilfield Services, LLC**<br>**3300 N. A Street**<br>**Building 4, Suite 100**<br>**Midland, TX 79705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,864.00** |
|---|---|---|---|
| | **M&S Backhoe and Services**<br>**PO Box 1221**<br>**Seminole, TX 79360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00** |
|---|---|---|---|
| | **M2 Energy Services**<br>**1548 State Hwy 214**<br>**Denver City, TX 79323** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,535.00** |
|---|---|---|---|
| | **Patriot**<br>**PO Box 13660**<br>**Odessa, TX 79706-2604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Reddline Energy, Inc.**      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$9,437.00** |

**Tech Management**
**PO Box 51168**
**Midland, TX 79710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$248,193.00** |

**Valiant Artificial Lift Solutions, LLC**
**211 N Robinson Ave, Suite 1301**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Audra L. Mayberry**<br>**2600 Dallas Parkway, Suite 600**<br>**Frisco, TX 75034** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $     **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $     **429,488.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $     **429,488.00** |

| Fill in this information to identify the case: |
|---|

Debtor name **Reddline Energy, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 7/8/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
| State the term remaining | | **A.W. Roark, Jr., Trust c/o A.W. Roark, Jr./David Roark, Trustee 5555 Del Monte T23 Houston, TX 77056** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
| State the term remaining | | **Alfred W. & David T. Roark Trust 202 Know, Ste. E Houston, TX 77024** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
| State the term remaining | | **Bullock Family, L.P. 3711 San Felipe, #2 - I Houston, TX 77027** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 7/23/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
| State the term remaining | | **Charles F. Doornbos Revocable Trust P.O. Box 639 Bartlesville, OK 74005** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Reddline Energy, Inc.**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract  _____ | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 6/20/2011 (SE/4 of Section 67, Block A-X, T&P Co. Ry Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **Damon Estate Trust c/o Bank of America, N.A., Trustee P.O. Box 840738 Dallas, TX 75284** |
| | List the contract number of any government contract  _____ | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **David Tuxworth Roark Trust c/o Alfred Roark & David Roark, Trustees 5555 Del Monte T23 Houston, TX 77056** |
| | List the contract number of any government contract  _____ | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Devonian Partners, LLC 4711 W. Golf Rd., Suite 915 Skokie, IL 60076** |
| | List the contract number of any government contract  _____ | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 10/12/2010 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **Dorothy Serna Rev. Trust c/o Dorothy S. Heitmann & JP Morgan Chase, Co-Trustees P.O. Box 99084 Fort Worth, TX 76199** |
| | List the contract number of any government contract  _____ | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **E G Energy, LLC P.O. Box 6244 Leawood, KS 66206** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1 **Reddline Energy, Inc.**

First Name     Middle Name     Last Name

Case number *(if known)* _____

**■ Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 8/15/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ellen W. Schultz**<br>**4813 Holt Street**<br>**Bellaire, TX 77401** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 7/28/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Frank N. Bullock**<br>**5555 W. University Blvd.**<br>**Dallas, TX 75209** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 12/1/2010 (SE/4 of Section 67, PSI, Block A-X, Limited from Depths to 11,828' Below Surface, Gaines County, Texas)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gahr Energy Company**<br>**P.O. Box 1889**<br>**Midland, TX 79702** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 12/1/2010 (SE/4 of Section 67, PSI, Block A-X, Limited from Depths to 11,828' Below Surface, Gaines County, Texas )** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gardenia Investments, Ltd.**<br>**P.O. Box 11044**<br>**Midland, TX 79702** |

| Debtor 1 | **Reddline Energy, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 12/15/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **Helen J. Hammann Pandell 6013 Back Bay Lane Austin, TX 78739** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 6/20/2010 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **Isaacs Family Partnership, LP P.O. Box 730586 Dallas, TX 75373** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 12/1/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **Jenel Cade Goodman Trust c/o Andre Goodman, Trustee 4919 Augusta Pointe Court Katy, TX 77494** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 7/8/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **Jessie Lee Roark Cain 9571 Doliver Dr. Houston, TX 77063** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 7/28/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **Margaret Bullock 3711 San Felipe, #2 Houston, TX 77027** |
| | List the contract number of any | | |

Debtor 1    **Reddline Energy, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 9/28/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Molly Meador Hall 9020 Evenng Primrose Path Austin, TX 78750** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 8/15/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nancy W. Hargrove 6000 Sugar Hill, #7 Houston, TX 77057** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **PrimeEnergy Corp. 9821 Katy Freeway, Suite 1050 Houston, TX 77024** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 6/20/2010 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Quail Creek Royalty, LLC P.O. Box 730586 Dallas, TX 75373** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 9/28/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **Robert B. Meador 218 Champions Drive Rockport, TX 78382** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Reddline Energy, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Stockbridge Consulting, Inc.**<br>**P.O. Box 20772**<br>**Oklahoma City, OK 73156** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 7/28/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **Suzanne Bullock Caldwell**<br>**45 Halleran Crescent**<br>**Regina, Saskatchewan**<br>**Canada S4R 3Z3** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 11/15/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **Unified Management, Ltd.**<br>**10909 Rosemar Lane**<br>**Adkins, TX 78101** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **Van A. Petty Marital Trust**<br>**c/o Maxine Mary Kenney, Trustee**<br>**P.O. Box 460063**<br>**San Antonio, TX 78246** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 12/15/2009 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **William John Hammann**<br>**P.O. Box 200788**<br>**San Antonio, TX 78220** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Reddline Energy, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract _____ | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Mineral Lease dated 6/20/2010 (SE/4 of Section 67, Block A-X, Public School Lands Survey, Gaines County, Texas)** | |
|---|---|---|---|
| | State the term remaining | | **XTO Energy, Inc.** |
| | List the contract number of any government contract | _____ | **P.O. Box 730586** **Dallas, TX 75373** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

**Fill in this information to identify the case:**

Debtor name **Reddline Energy, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street _____ City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street _____ City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street _____ City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Reddline Energy, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other | $89,238.00 |
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | $92,329.00 |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | $6,817.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Reddline Energy, Inc.** | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Micah Repp**<br><br>CEO | **12/31/2019** | **$2,000.00** | **labor compensation** |
| 4.2. **Alan Davis**<br><br>COO | **1/15/2020** | **$1,000.00** | **labor compensation** |
| 4.3. **Micah Repp**<br><br>CEO | **1/29/2020** | **$2,000.00** | **labor compensation** |
| 4.4. **Alan Davis**<br><br>COO | **2/14/2020** | **$1,000.00** | **labor compensation** |
| 4.5. **Alan Davis**<br><br>COO | **2/18/2020** | **$1,000.00** | **labor compensation** |
| 4.6. **Alan Davis**<br><br>COO | **2/27/2020** | **$2,000.00** | **labor compensation** |
| 4.7. **Alan Davis**<br><br>COO | **3/16/2020** | **$1,000.00** | **labor compensation** |
| 4.8. **Alan Davis**<br><br>COO | **4/15/2020** | **$1,000.00** | **labor compensation** |
| 4.9. **Alan Davis**<br><br>COO | **4/22/2020** | **$1,000.00** | **labor compensation** |
| 4.10.<br>**Alan Davis**<br><br>COO | **7/28/2020** | **$1,500.00** | **expense reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Reddline Energy, Inc.** | Case number *(if known)* | |

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   **Legal Actions or Assignments**

**7.**   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Expanse Electrical Co., LLC d/b/a Dixie Electric v. Reddline Energy, Inc. | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.**   **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11.   **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor **Reddline Energy, Inc.**     Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McWhorter, Cobb & Johnson, LLP**<br>**P.O. Box 2547**<br>**Lubbock, TX 79408** | | **11-13-20** | **$20,000.00** |
| | Email or website address<br>_____ | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Reddline Energy, Inc.**                                    Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Reddline Energy, Inc.** | Case number *(if known)* |
|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Nathan Owen**<br>**4107 Reyosa Drive**<br>**Austin, TX 78739** | **2019 - Present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | Reddline Energy, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alan M. Davis | 10010 West County Road 75 Midland, TX 79707 | COO | 30% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Micah E. Repp | 1724 Ridgewood Houston, TX 77006 | CEO | 40% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin D. Nhoy | 3509 Apachie Dr. Midland, TX 79703 | Manager of Process Well | 30% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Micah Repp** | $2,000 | 12/31/2019 | labor compensation |
| | **Relationship to debtor** CEO | | | |
| 30.2. | **Alan Davis** | $1,000 | 1/15/2020 | labor compensation |
| | **Relationship to debtor** COO | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Reddline Energy, Inc.**                                  Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Micah Repp** | **$2,000** | **1/29/2020** | **labor compensation** |
| | Relationship to debtor **CEO** | | | |
| 30.4. | **Alan Davis** | **$1,000** | **2/14/2020** | **labor compensation** |
| | Relationship to debtor **COO** | | | |
| 30.5. | **Alan Davis** | **$1,000** | **2/18/2020** | **labor compensation** |
| | Relationship to debtor **COO** | | | |
| 30.6. | **Alan Davis** | **$2,000** | **2/27/2020** | **labor compensation** |
| | Relationship to debtor **COO** | | | |
| 30.7. | **Alan Davis** | **$1,000** | **3/16/2020** | **labor compensation** |
| | Relationship to debtor **COO** | | | |
| 30.8. | **Alan Davis** | **$1,000** | **4/15/2020** | **labor compensation** |
| | Relationship to debtor **COO** | | | |
| 30.9. | **Micah Repp** | **$1,000** | **4/22/2020** | **labor compensation** |
| | Relationship to debtor **CEO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor      **Reddline Energy, Inc.**                                    Case number *(if known)*

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 18, 2020**

**/s/ Alan M. Davis**                                              **Alan M. Davis**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

In re **Reddline Energy, Inc.**          Case No. _____

Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 20,000.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify):    **Equity interest owners of the Debtor**

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 18, 2020** | **/s/ Todd J. Johnston** |
| *Date* | **Todd J. Johnston 24050837** |
| | *Signature of Attorney* |
| | **McWhorter, Cobb & Johnson, LLP** |
| | **P.O. Box 2547** |
| | **Lubbock, TX 79408** |
| | **806/762-0214  Fax: 806/762-8014** |
| | **tjohnston@mcjllp.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Northern District of Texas

In re    **Reddline Energy, Inc.**                        Case No.

                              Debtor(s)              Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alan M. Davis**<br>**10010 W. CR 75**<br>**Midland, TX 79707** | **Stock** | **30%** | **Shareholder** |
| **Kevin D. Nhoy**<br>**3509 Apachie Dr.**<br>**Midland, TX 79703** | **Stock** | **30%** | **Shareholder** |
| **Micah E. Repp**<br>**1724 Ridgewood**<br>**Houston, TX 77006** | **Stock** | **40%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the   of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 18, 2020**                Signature   **/s/ Alan M. Davis**

                                                              **Alan M. Davis**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:                 §
                         §

   **Reddline Energy, Inc.**       §     Case No.:
                         §
                         §
            Debtor(s)     §
                         §

### VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

       ■    is the first mail matrix in this case.

       ☐    adds entities not listed on previously filed mailing list(s).

       ☐    changes or corrects name(s) and address(es) on previously filed mailing list(s).

       ☐    deletes name(s) and address(es) on previously filed mailing list(s).

    In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:   **December 18, 2020**           **/s/ Alan M. Davis**
                                    **Alan M. Davis**/
                                    Signer/Title

Date:   **December 18, 2020**           **/s/ Todd J. Johnston**
                                    Signature of Attorney
                                    **Todd J. Johnston 24050837**
                                    **McWhorter, Cobb & Johnson, LLP**
                                    **P.O. Box 2547**
                                    **Lubbock, TX 79408**
                                    **806/762-0214   Fax: 806/762-8014**

                                    **82-1809349**
                                    Debtor's Social Security/Tax ID No.

                                    Joint Debtor's Social Security/Tax ID No.

Internal Revenue Service
P.O. Box 249
Memphis, TN 38101


U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvannia Avenue
Washington, DC 20530


U.S. Attorney's Office
Room 700, 1205 Texas Avenue
Lubbock, TX 79401


Texas Attorney General
P.O. Box 12548
Austin, TX 78711


A.W. Roark, Jr., Trust
c/o A.W. Roark, Jr./David Roark, Trustee
5555 Del Monte T23
Houston, TX 77056


AA Operating Services, LLC
PO Box 723
Seminole, TX 79360


Alfred W. & David T. Roark Trust
202 Know, Ste. E
Houston, TX 77024


AMEX Business Gold Card
P.O. Box 981535
El Paso, TX 79998


Ascentium Capital, LLC
23970 Highway 59 N
Kingwood, TX 77339

Audra L. Mayberry
2600 Dallas Parkway, Suite 600
Frisco, TX 75034


Basic Energy Services
801 Cherry Street, Suite 2100
Fort Worth, TX 76102


Bullock Family, L.P.
3711 San Felipe, #2 - I
Houston, TX 77027


Capitan Corp
PO Box 60018
Midland, TX 79711


Charles F. Doornbos Revocable Trust
P.O. Box 639
Bartlesville, OK 74005


Chase Business Card
P.O. Box 15298
Wilmington, DE 19850


Damon Estate Trust
c/o Bank of America, N.A., Trustee
P.O. Box 840738
Dallas, TX 75284


David Tuxworth Roark Trust
c/o Alfred Roark & David Roark, Trustees
5555 Del Monte T23
Houston, TX 77056


Devonian Partners, LLC
4711 W. Golf Rd., Suite 915
Skokie, IL 60076

Dorothy Serna Rev. Trust
c/o Dorothy S. Heitmann & JP Morgan
Chase, Co-Trustees
P.O. Box 99084
Fort Worth, TX 76199


E G Energy, LLC
P.O. Box 6244
Leawood, KS 66206


Ellen W. Schultz
4813 Holt Street
Bellaire, TX 77401


Expanse Electrical Co., LLC d/b/a
Dixie Electric
1191 Texas Hwy 83
Denver City, TX 79323


Flying A
PO Box 2123
Albany, TX 76430


Frank N. Bullock
5555 W. University Blvd.
Dallas, TX 75209


Gahr Energy Company
P.O. Box 1889
Midland, TX 79702


Gardenia Investments, Ltd.
P.O. Box 11044
Midland, TX 79702


Gravity Oilfield Services, LLC
3300 N. A Street
Building 4, Suite 100
Midland, TX 79705

Helen J. Hammann Pandell
6013 Back Bay Lane
Austin, TX 78739


Isaacs Family Partnership, LP
P.O. Box 730586
Dallas, TX 75373


Jenel Cade Goodman Trust
c/o Andre Goodman, Trustee
4919 Augusta Pointe Court
Katy, TX 77494


Jessie Lee Roark Cain
9571 Doliver Dr.
Houston, TX 77063


M&S Backhoe and Services
PO Box 1221
Seminole, TX 79360


M2 Energy Services
1548 State Hwy 214
Denver City, TX 79323


Margaret Bullock
3711 San Felipe, #2
Houston, TX 77027


Molly Meador Hall
9020 Evenng Primrose Path
Austin, TX 78750


Nancy W. Hargrove
6000 Sugar Hill, #7
Houston, TX 77057

```
Patriot
PO Box 13660
Odessa, TX 79706-2604


Pawnee Leasing Corp
3801 Automation Way
Suite 207
Fort Collins, CO 80525


PrimeEnergy Corp.
9821 Katy Freeway, Suite 1050
Houston, TX 77024


Quail Creek Royalty, LLC
P.O. Box 730586
Dallas, TX 75373


Robert B. Meador
218 Champions Drive
Rockport, TX 78382


Stockbridge Consulting, Inc.
P.O. Box 20772
Oklahoma City, OK 73156


Suzanne Bullock Caldwell
45 Halleran Crescent
Regina, Saskatchewan
Canada  S4R 3Z3


Tech Management
PO Box 51168
Midland, TX 79710


Unified Management, Ltd.
10909 Rosemar Lane
Adkins, TX 78101
```

Valiant Artificial Lift Solutions, LLC
211 N Robinson Ave, Suite 1301
Oklahoma City, OK 73102


Van A. Petty Marital Trust
c/o Maxine Mary Kenney, Trustee
P.O. Box 460063
San Antonio, TX 78246


William John Hammann
P.O. Box 200788
San Antonio, TX 78220


XTO Energy, Inc.
P.O. Box 730586
Dallas, TX 75373

# United States Bankruptcy Court
## Northern District of Texas

In re   **Reddline Energy, Inc.**                      Case No.

                                         Debtor(s)           Chapter      **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Reddline Energy, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 18, 2020**
Date

**/s/ Todd J. Johnston**
**Todd J. Johnston 24050837**
Signature of Attorney or Litigant
Counsel for   **Reddline Energy, Inc.**
**McWhorter, Cobb & Johnson, LLP**
**P.O. Box 2547**
**Lubbock, TX 79408**
**806/762-0214 Fax:806/762-8014**
**tjohnston@mcjllp.com**