# Reddline Energy Inc

BALANCE SHEET

As of November 30, 2020

|  | TOTAL |
|---|---:|
| **ASSETS** |  |
|   Current Assets |  |
|     Bank Accounts |  |
|       Cash | 0.00 |
|       Chase 3630 | 3,680.16 |
|       Chase 8603 | 0.00 |
|       Frost Checking 5739 | 995.20 |
|     **Total Bank Accounts** | **$4,675.36** |
|     Accounts Receivable |  |
|       Accounts Receivable | 0.00 |
|     **Total Accounts Receivable** | **$0.00** |
|     Other Current Assets |  |
|       Funds in Receivership | 21,750.00 |
|       Inventory Asset | 0.00 |
|     **Total Other Current Assets** | **$21,750.00** |
|   **Total Current Assets** | **$26,425.36** |
|   Fixed Assets |  |
|     Accumulated Depreciation | -656,285.00 |
|     Leasehold Improvements |  |
|       Symba Improvements | 77,405.21 |
|     **Total Leasehold Improvements** | **77,405.21** |
|     Loan Fees | 847.11 |
|     Machinery and Equipment | 45.30 |
|       SS Equipment | 16,785.13 |
|       Surface Equipment | 66,356.49 |
|     **Total Machinery and Equipment** | **83,186.92** |
|     Operating Leases | 320,000.00 |
|     Well Pump | 188,428.00 |
|   **Total Fixed Assets** | **$13,582.24** |
|   Other Assets |  |
|     Accumulated Amortization | -33.00 |
|   **Total Other Assets** | **$ -33.00** |
| **TOTAL ASSETS** | **$39,974.60** |

# Reddline Energy Inc

BALANCE SHEET

As of November 30, 2020

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable | 0.00 |
|       **Total Accounts Payable** | **$0.00** |
|       Credit Cards | |
|         AMEX | 515.22 |
|       **Total Credit Cards** | **$515.22** |
|       Other Current Liabilities | |
|         Other Current Liability | 0.00 |
|       **Total Other Current Liabilities** | **$0.00** |
|     **Total Current Liabilities** | **$515.22** |
|     Long-Term Liabilities | |
|       AMEX loan | 13,075.55 |
|       Ascentium Capital Leasing ($3,054.10) | 111,559.08 |
|       Frost Loan 9002 | 6,633.44 |
|       National Funding 2960 ($2,097.84) | 41,319.26 |
|     **Total Long-Term Liabilities** | **$172,587.33** |
|   **Total Liabilities** | **$173,102.55** |
|   Equity | |
|     Distributions | -105,800.00 |
|     Investor's Capital | 681,755.62 |
|     Retained Earnings | -701,144.34 |
|     Net Income | -7,939.23 |
|   **Total Equity** | **$ -133,127.95** |
| **TOTAL LIABILITIES AND EQUITY** | **$39,974.60** |