ntcstatcnf11V (rev. 04/20)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Reddline Energy, Inc. § Case No.:  20−50239−rlj11
 § Chapter No.:  11
Debtor(s) §

# NOTICE of Status Conference

    A Status Conference has been set in the U.S. Bankruptcy Court for **January 27, 2021** at **01:30 PM** before the Honorable Robert L. Jones at Federal Building, 1205 Texas Ave., Room 314, Lubbock, TX 79401 to consider resolution of the case pursuant to 11 U.S.C. §1188.

The Pre−Status Conference Report is due on or before January 13, 2021 which is the allowed 14 days prior to the hearing.

The hearing will be held via WebEx. The meeting/dial−in−information for this docket can be found on the Courts website(www.txnb.uscourts.gov) under Judge Jones Hearing Dates and Calendar tab prior to the hearing.

DATED:  December 21, 2020        FOR THE COURT:
                                          Robert P. Colwell, Clerk of Court

                                          by: /s/C. Graham, Deputy Clerk